## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALMA LANCASTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN TEXTILE COMPANY, INCORPORATED,<br><br>Defendant. | Civil Action No. 1:22-cv-01280-BKS-ML |

## **JOINT STATUS REPORT**

The parties, through their undersigned counsel, submit the following Joint Status Report pursuant to the Court's October 3, 2024 Text Order (Doc. No. 47).

The parties participated in an all-day in-person mediation of this and related cases before (ret.) U.S. Magistrate Judge Lisa Lenihan on Monday, September 30, 2024 in Pittsburgh, Pennsylvania.  The parties made significant progress towards a class-wide resolution at the mediation.  Following mediation, the parties have agreed in principal on all key terms of the resolution, and are in the process of formalizing the resolution in a settlement agreement.

In light of the parties' ongoing settlement discussions and the progress made towards the same, the parties respectfully request that the Court continue the stay of this matter another forty-five (45) days (until January 20, 2025) to allow the parties time to attempt to consummate a total resolution of this matter and related matters through the formal settlement papers.

Dated:     December 6, 2024

| | Respectfully submitted, |
|---|---|
| SAUL EWING LLP | SHEEHAN & ASSOCIATES, P.C. |
|   |   |
|  */s/ Ryan M. Jerome*              |  */s/ Michael R. Reese*         |
| Ryan M. Jerome | Spencer Sheehan |
| 1270 Avenue of the Americas, Suite 2800 | 60 Cuttermill Rd Ste 412 |
| New York, NY 10020 | Great Neck, NY 11021 |
| (212) 980-7200 | (516) 268-7080 |
| ryan.jerome@saul.com | spencer@spencersheehan.com |
| | |
| Michael J. Joyce (admitted *pro hac vice*) | Reese LLP |
| One PPG Place, Suite 3010 | Michael R. Reese |
| Pittsburgh, PA 15222 | 100 W 93rd St Fl 16 |
| (412) 209-2500 | New York. NY 10025 |
| michael.joyce@saul.com | (212) 643-0500 |
| | mreese@reesellp.com |
| James A. Morsch (admitted *pro hac vice*) | |
| 161 N. Clark Street, Suite 4200 | *Attorneys for Plaintiff* |
| Chicago, IL 60601 | |
| (312) 876-7866 | |
| james.morsch@saul.com | |
| | |
| *Attorneys for Defendant* | |