IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALMA LANCASTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN TEXTILE COMPANY, INCORPORATED,<br><br>Defendant. | Civil Action No. 1:22-cv-01280-BKS-ML |

**JOINT STATUS REPORT**

The parties, through their respective undersigned counsel, submit the following Joint Status Report pursuant to the Court's July 18, 2025 Text Order (Doc. No. 57).

The parties participated in a mediation of this and related cases before (ret.) U.S. Magistrate Judge Lisa Lenihan on September 30, 2024 in Pittsburgh, Pennsylvania. Following mediation, the parties agreed in principal on all key terms of the resolution, and finalized a formal settlement agreement settling this matter and related matters on a national basis, subject to judicial approval.

On February 27, 2025, a preliminary approval motion was filed by the plaintiff in a similarly-styled action pending in the United States District Court for the Western District of Pennsylvania, captioned *Santiago v. American Textile Company, Inc.*, Civil Action No. 2:23-cv-1811. If the settlement is approved finally in *Santiago*, the parties will dismiss this action, with prejudice. The preliminary approval motion remains pending in *Santiago*.

In light of the above, the parties respectfully request that the Court continue the stay of this matter another ninety (90) days (until January 15, 2026), and direct the parties to file a status report thereafter, as the parties pursue approval of their settlement in *Santiago*.

Dated:  October 15, 2025

                                                                                             Respectfully submitted,

| SAUL EWING LLP | REESE LLP |
|---|---|
| /s/ *Michael J. Joyce* | /s/ *Michael R. Reese* |
| Ryan M. Jerome | Michael R. Reese |
| 1270 Avenue of the Americas, Suite 2800 | 100 W 93rd St Fl 16 |
| New York, NY 10020 | New York. NY 10025 |
| (212) 980-7200 | (212) 643-0500 |
| *ryan.jerome@saul.com* | *mreese@reesellp.com* |
| | |
| Michael J. Joyce (admitted *pro hac vice*) | *Attorneys for Plaintiff* |
| One PPG Place, Suite 3010 | |
| Pittsburgh, PA 15222 | |
| (412) 209-2500 | |
| *michael.joyce@saul.com* | |
| | |
| James A. Morsch (admitted *pro hac vice*) | |
| 161 N. Clark Street, Suite 4200 | |
| Chicago, IL 60601 | |
| (312) 876-7866 | |
| *james.morsch@saul.com* | |
| | |
| *Attorneys for Defendant* | |